# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT JASPER, on behalf of Himself and others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>C.R. ENGLAND, INC. and DOES 1-100, INCLUSIVE,<br><br>      Defendants. | CASE NO.  08-CV-05266 GW (CWx)<br><br>**ORDER REGARDING CONTACT INFORMATION FOR PUTATIVE CLASS MEMBERS** |

    This matter is before the Court on the Joint Motion regarding Contact Information for Putative Class Members filed by the parties.  The Court, having considered the Joint Motion, now finds that the Joint Motion should be granted.

    IT IS, THEREFORE, ORDERED as follows:

1

A. Defendant will disclose to Simpluris, Inc. ("Simpluris") the names, home addresses, and home telephone numbers of all local drivers employed by Defendant for the dedicated Coke account in California at any time between July 1, 2004 and the present.

B. Simpluris will act as the Third-Party Administrator, managing the mailing of the Pre-Certification Opt-Out Privacy Notice ("Notice").

C. The form of Notice, a copy of which was attached as *Exhibit A* to the Joint Motion, is approved.

D. The Parties will equally share the costs of administration of the Notice.

E. Simpluris is authorized to use the information provided solely in its capacity as Third-Party Administrator for the purposes of administering the parties' Notice.

Dated: August 6, 2009.

_____
Judge, U. S. District Court

*Copies to:*

Adam C. Smedstad, asmedstad@scopelitis.com

James H. Hanson, jhanson@scopelitis.com

Kathleen C. Jeffries, kjeffries@scopelitis.com

Christopher C. McNatt Jr., cmcnatt@scopelitis.com

Brian Van Vleck, bvanvleck@vtzlaw.com

Anthony Zaller, azaller@vtzlaw.com

h:\users\bleive\documents\cr england\by jasper 8766.9\pleadings\class member contact order.doc