James H. Hanson (Ind. Bar No. 8100-49)
jhanson@scopelitis.com
R. Jay Taylor Jr. (Ind. Bar No. 19693-53)
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, Indiana  46204
(317) 637-1777
Fax: (317) 687-2414

Kathleen C. Jeffries (Cal. Bar No. 110362)
kjeffries@scopelitis.com
Christopher C. McNatt, Jr. (Cal. Bar No. 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax:  (626) 795-4790

Adam C. Smedstad (Ill. Bar No. 6210102))
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
 (312) 255-7200
Fax:  (312) 422-1224

Attorneys for Defendant,
C.R. England, Inc.

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETTE JASPER and DARRIN COOK, as an individual and on behalf of all others similarly situated,<br><br>                     Cook,<br><br>          vs.<br><br>C.R. ENGLAND, INC., a corporation,<br><br>                     Defendant. | CASE NO. 2:08-cv-5266-GW (CWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR REVIEW OF MAGISTRATE JUDGE WOEHRLE'S DECEMBER 15, 2010, ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL** |

**DENIED**
BY ORDER OF THE COURT

1

1    Having considered Defendant's *Ex Parte* Application for Review of Magistrate Judge Woehrle's December 15, 2010, Order Granting In Part Plaintiffs' Motion to Compel, and having considered the moving papers, and GOOD CAUSE APPEARING:

    1.    The Court hereby grants Defendant's *Ex Parte* Motion for Review of Magistrate Judge Woehrle's December 15, 2010, Order Granting In Part Plaintiffs' Motion to Compel. Magistrate Judge Woehrle's December 15, 2010, Order compelling Defendant, C.R. England, Inc., to produce documents in response to Plaintiff's, Darrin Cook, Request for Production of Documents No. 5 is reversed. Plaintiffs' *Ex Parte* Motion to Compel with respect to Request No. 5 is denied.

    2.    Alternatively, the Court hereby continues the deadline for Defendant to produce the documents in response to Plaintiff's Darrin Cook, Request for Production of Documents No. 5 from December 17, 2010, to _____.

IT IS SO ORDERED:

December 29, 2010

**DENIED**
BY ORDER OF THE COURT
_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE