# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5266-GW(CWx) | Date | June 30, 2011 |
|---|---|---|---|
| Title | *Barrette Jasper v. C.R. England, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Brian F. Van Vleck  
Anthony John Zaller

Attorneys Present for Defendants:  
James H. Hanson

**PROCEEDINGS:** TELEPHONIC HEARING RE: DEFENDANT'S EX PARTE APPLICATION TO VACATE THE JUNE 20, 2011 CLASS CERTIFICATION ORDER AND TO ORDER RE-BRIEFING IN LIGHT OF DUKES V. WAL-MART STORES, INC. (filed 06/24/11)

For reasons stated on the record, Defendant's ex parte application is **denied.**

: 07

Initials of Preparer    JG